# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Carlos Chavez Norwood, III,

        Plaintiff(s),

v.

Renown Hospital, et al.,

        Defendant(s).

2:22-cv-01671-JAD-VCF

**ORDER**

Before the court is Plaintiff's motion for appointment of counsel and motion for leave to file complaint. (ECF Nos. 23 & 24).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel and motion for leave to file complaint (ECF Nos. 23 & 24), are added to the video conference hearing scheduled for 10:00 AM, November 7, 2023.

DATED this 25th day of October 2023.

                                          CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE