# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Chavez Norwood, III,<br><br>    Plaintiff(s),<br><br>v.<br><br>Renown Hospital, et al.,<br><br>    Defendant(s). | 2:22-cv-01671-JAD-VCF<br><br>**ORDER** |

TO: WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that a video status conference hearing scheduled for **10:00 AM, November 7, 2023**, is VACATED and RESCHEDULED to 10:00 AM, December 19, 2023, before Magistrate Judge Cam Ferenbach.

THE COURT HEREBY FINDS that Carlos Chavez Norwood, III, #1206458, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center.

IT IS HEREBY ORDERED that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce Carlos Chavez Norwood, III, #1206458 on or about 12/19/2023 at 10:00 A.M. for a videoconference hearing by zoomgov, technology in the instant matter,; and arrange for his appearance on said date as ordered and directed by this court, until Carlos Chavez Norwood, III, #1206458, is released and discharged by the said Court; and that Carlos Chavez Norwood, III, #1206458

shall thereafter be returned to the custody of the Southern Desert Correctional Center, under safe and secure conduct.

DATED this 6th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE